UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Dean A. Johnson,

Plaintiff,

v.

Ryan Oldsmobile-Mazda-Aurora,
d/b/a Bob Ryan Oldsmobile, Inc.,

Defendant.

Court File No. 00-358 DWF/ASB

**STIPULATION AND ORDER**

---

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the April 24, 2000 Scheduling Order may be amended to change the date for filing of all dispositive motion papers from September 1, 2000, to October 9, 2000. The parties have agreed to this amendment for two reasons. First, mediation has been scheduled for September 8, 2000, and the parties believe it is more cost effective to finalize the summary judgment papers only if the parties are unable to resolve the case at that time. Second, because the Court has assigned January 12, 2000, as the date for the summary judgment hearing, the extension will not delay the proceedings.

NICHOLS KASTER & ANDERSON

______________________
Donald H. Nichols, #78918
Paul J. Lukas, #22084X
Attorneys for Plaintiff
4644 IDS Center
80 South 8th Street
Minneapolis MN 55402
(612) 338-1919

FLYNN & GASKINS, LLP

______________________
Randall J. Pattee, #184962
Cynthia A. Bremer, #273119
Attorneys for Defendants
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis MN 55402
(612) 333-9500

FILED AUG 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**ORDER**

IT IS HEREBY ORDERED that the April 24, 2000, Scheduling Order is hereby amended consistent with the stipulation signed above.

Dated: 8/28, 2000

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge