**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Fourth Division

Dean A. Johnson,

Plaintiff,

v.

Ryan Oldsmobile-Mazda-Aurora d/b/a Bob Ryan Oldsmobile, Inc.,

Defendant.

Civ. No. 0-CV-358 DWF/AJB

**STIPULATION OF DISMISSAL AND ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Dean A. Johnson, through his counsel, and by Defendant Ryan Oldsmobile-Mazda-Aurora d/b/a Bob Ryan Oldsmobile, Inc., through its counsel, that, in accordance with the Federal Rules of Civil Procedure, the above-captioned action may and shall be dismissed in its entirety on the merits, with prejudice and without costs (including but not limited to: any statutory costs, attorneys' fees, and/or disbursements) to any party.

Dated: 5-2, 2001

Paul J. Lukas, #22084X
NICHOLS KASTER & ANDERSON
4644 IDS Center
Minneapolis, MN 55402
Phone: 612-338-1919
**Attorneys for Plaintiff Dean A. Johnson**



MAY 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 16 2001
DEPUTY CLERK

Dated: 5/2, 2001

Randall J. Pattee, #184962
Cynthia A. Bremer, #273119
FLYNN & GASKINS, L.L.P.
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
Phone: 612-333-9500
**Attorneys for Ryan Oldsmobile-Mazda-Aurora d/b/a Bob Ryan Oldsmobile, Inc.**

## ORDER

It having been brought to the Court's attention the fact that all parties agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to: any statutory costs, attorneys' fees, and/or disbursements) to any party,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice and without costs (including but not limited to: any statutory costs, attorneys' fees, and/or disbursements) to any party.

LET JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY BE ENTERED ACCORDINGLY.

Dated: May 14, 2001

BY THE COURT:

The Honorable Donovan W. Frank
United States District Judge